**J. E. TAYLOR, Sr., Plaintiff In Error, v. UNITED STATES, Defendant In Error.**

Circuit Court of Appeals, Eighth Circuit.
June 5, 1928.

No. 8086.

Ben F. Reinberger, of Pine Bluff, Ark., for plaintiff in error.

Charles F. Cole, U. S. Atty., of Little Rock, Ark.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

**C. G. "Smokey" TAYLOR, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
September 10, 1928.

No. 8247.

O. O. Askren, George L. Reese, Sr., and George L. Reese, Jr., all of Roswell, N. M., for appellant.

John W. Wilson, U. S. Atty., of Albuquerque, N. M.

PER CURIAM. Appeal dismissed, on motion of appellant, without costs to either party in this court.

**In the Matter of TEAJAY STORES CORPORATION, Bankrupt. In the Matter of T. J. HEALEY, Inc., Bankrupt, Appellant.**

Circuit Court of Appeals, Second Circuit
October 18, 1928.

No. 30.

Chauncey H. Levy, of New York City, for appellant.

Archibald Palmer, of New York City (Max L. Rosenstein, of Newark, N. J., of counsel), for Morris Glaser.

Yankauer, Davidson & Mann, of New York City (Leo Wechsler, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**Julia F. THOMPSON, Appellant, v. NATIONAL LIFE INSURANCE COMPANY OF THE UNITED STATES OF AMERICA.**

Circuit Court of Appeals, Eighth Circuit.
September 19, 1928.

No. 8335.

For opinion below, see 28 F.(2d) 877.

Wendall W. McCanles, of Kansas City, Mo., for appellant.

Clay C. Rogers, of Kansas City, Mo., and James C. Jones, Frank H. Sullivan, and James C. Jones, Jr., all of St. Louis, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellee, under rule 16.